Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., | Case No.: 2:21-cv-7887 CAS(ASx) |
| *Plaintiff*, | *Hon. Christina A. Snyder* |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO ABATE** |
| SCOTT DISICK et al., | |
| *Defendants*. | |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have executed a settlement that will resolve the matter completely. The agreement anticipates performance within 45 days, after which Plaintiff is to dismiss the action with prejudice. The parties respectfully request that the Court abate the action and vacate existing deadlines to allow time for this process.

Dated:  January 13, 2022       **PERKOWSKI LEGAL, PC**

                By:   /s/ Peter Perkowski
                    Peter E. Perkowski
                    Attorneys for Plaintiff